Rodolfo VELASQUEZ, Plaintiff—Appellant,

v.

CHASE HOME FINANCE LLC; Fannie Mae, Defendants—Appellees.

No. 11–15090.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 19, 2011.*

Filed Jan. 6, 2012.

Rodolfo Velasquez, Vallejo, CA, pro se.

Sung–Min Christopher Yoo, Esquire, AlvaradoSmith, APC, Santa Ana, CA, for Defendants–Appellees.

Before: GOODWIN, WALLACE, and McKEOWN, Circuit Judges.

## MEMORANDUM **

Rodolfo Velasquez appeals pro se from the district court's judgment dismissing his

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, Velasquez's request for oral argument is denied.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

action arising out of foreclosure proceedings. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Cervantes v. Countrywide Home Loans, Inc.,* 656 F.3d 1034, 1040 (9th Cir.2011). We affirm.

We affirm for the reasons stated by the district court in its order entered on January 10, 2011, dismissing Velasquez's action.

Velasquez's remaining contentions are unpersuasive.

We do not consider Velasquez's contentions raised for the first time on appeal. *See Smith v. Marsh,* 194 F.3d 1045, 1052 (9th Cir.1999).

**AFFIRMED.**